21503

Patsy L. BITER, Respondent, v. SOUTH CAROLINA EMPLOY-
MENT SECURITY COMMISSION and Jantzen Southern, Inc.,
Seneca, South Carolina, Respondents, of whom South Carolina Em-
ployment Security Commission is Appellant.

(280 S. E. (2d) 60)

*William H. Griffin* and *Karl H. Smith,* Columbia, *for
appellant.*

*Alexander S. Macaulay,* Walhalla, *for respondents.*

June 24, 1981.

LEWIS, Chief Justice:

Appellant South Carolina Employment Security Commis-
sion determined that the respondent had been discharged for
misconduct within the sense of Section 41-35-120(2), Code
of Laws of South Carolina, 1976. The respondent was there-
fore held disqualified to receive benefits for a period of five
weeks. At the end of this period she commenced receiving
benefits and continued to do so until they were exhausted.
On appeal to the circuit court, respondent obtained a ruling
that the Commission erred in its decision that she had been

discharged for misconduct. From this holding the Commission now appeals.

Upon review of the record, briefs and argument of counsel, we find no justiciable issue between these parties. Counsel concedes in effect that the appeal seeks an advisory opinion only. This Court has consistently refrained from rendering such opinions, and accordingly this appeal is dismissed in light of our previous holdings. *Booth v. Grissom,* 265 S. C. 190, 192, 217 S. E. (2d) 223; *O'Shields v. McLeod,* 257 S. C. 477, 482, 186 S. E. (2d) 408.

NESS, GREGORY and HARWELL, JJ., concur.

LITTLEJOHN, J., dissents.

LITTLEJOHN, Justice (dissenting):

Being of the view that the ruling of the court would not be purely advisory in nature, I respectfully dissent.